IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRAIG CLAUSEN,
Plaintiff,

v.

Case No. 20–CV–00903–JPG

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

## JUDGMENT

This matter having come before the Court, and the litigants having agreed to remand,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Commissioner of Social Security's benefits decision is **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge must (1) assess the effect of alcohol use on the claimant's functioning; (2) reevaluate the claimant's residual functional capacity; (3) take any further action to complete the administrative record; and (4) issue a new decision.

**Dated: Tuesday, June 15, 2021**

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**